UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALIE BAYDOUN,

        Plaintiff,

        Case No. 24-10497

v.

        Hon. Nancy G. Edmunds

US DEPARTMENT OF STATE, et al.,

        Defendants.
_____/

## ORDER TO SECURE LOCAL COUNSEL

The above-captioned case was filed on February 28, 2024. A review of the court record reveals that plaintiff does not have local counsel.

Local Rule 83.20(f)(1) states that a member of the bar of this court who appears as attorney of record in the district court and who is not an active member of the State Bar of Michigan must specify as local counsel a member of the bar of this court with an office in the district. Local counsel must enter an appearance and have the authority and responsibility to conduct the case if non-local counsel does not do so. As of this date, plaintiff has not secured local counsel, therefore,

**IT IS ORDERED** that Plaintiff have local counsel file an appearance with this court on or before **April 22, 2024.**

IT IS SO ORDERED.

        s/Nancy G. Edmunds
        NANCY G. EDMUNDS
        United States District Judge

2

## **PROOF OF SERVICE**

    I hereby certify that a copy of this order was served upon counsel of record on this date.

s/A. Chubb  
Case Manager
